IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SHEKETHA HOLMAN,** | )( | Civil Action No.:4:17-cv-01745 |
| | )( | **(Jury Trial)** |
| *Plaintiff,* | )( | |
| | )( | |
| V. | )( | |
| | )( | |
| **HARRIS COUNTY, TEXAS,** *et al.,* | )( | |
| | )( | |
| *Defendants.* | )( | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all Parties have tentatively agreed to settle all claims subject to Harris County Commissioners Court approval.

Respectfully submitted,

/s/ *Randall L. Kallinen*
Randall L. Kallinen
Kallinen Law PLLC
Southern District of Texas Bar No.: 19417
State Bar of Texas No.: 00790995
Email:       Attorneykallinen@aol.com
511 Broadway Street
Houston, Texas 77012
Telephone:  713.320.3785
FAX:        713.893.6737

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served on all counsel of record and *pro se* parties on this 20th day of September 2020.

/s/ *Randall L. Kallinen*
Randall L. Kallinen

*Notice of Settlement*